IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
OCT 05 2016
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11–54–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| KEITH B. KOVICK, | |
| Defendant. | |

The United States moves to amend the judgment in this matter (Doc. 35) to allow the restitution previously ordered to Carole Romey to be disbursed to Teresa Newins. (Doc. 39.) Counsel for the defendant has been contacted regarding the motion and does not object.

If a victim to whom a defendant owes restitution is deceased, the representative of the victim's estate may assume the victim's rights to restitution. 18 U.S.C. § 3663A(a)(1)-(2). Carole Romey, a victim of defendant's money laundering scheme, passed away on June 19, 2016. Teresa Newins has been named as Carole Romey's personal representative and requests the remaining restitution due Carole Romey be disbursed to her in that capacity.

Accordingly, IT IS ORDERED that the United States' motion (Doc. 39) is GRANTED. Any additional restitution payments due to Carole Romey are to be

disbursed to the Estate of Carole Romey in care of Teresa Newins, Personal Representative, 11801 Nebesna Drive, Anchorage, AK 99507.

DATED this 5th day of October, 2016.

_____
Donald W. Molloy, District Judge
United States District Court